RECEIVED
IN LAKE CHARLES, LA

NOV 28 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| STEVEN RAY BREAUX | CIVIL ACTION NO. 06-1145-LC |
|---|---|
| VS. | SECTION P |
| STEVE TAYLOR, ET AL. | JUDGE TRIMBLE |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED** that plaintiff's civil rights complaint against Steve Taylor and Terry Guillory be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that plaintiff's claims for civil rights violations against defendants George Bowen, Jolynn Carter, Josh Crochet, and Demick Hueing (or Ueing) be served in accordance with the court's orders.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 28th day of November, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE