RECEIVED
IN ALEXANDRIA, LA

MAY 2 9 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| STEVEN RAY BREAUX | : | DOCKET NO. 2:06-cv-1145 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| STEVE TAYLOR, ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the Motions to Strike [doc. 18 & 41] be GRANTED to the extent that claims for punitive damages made against the defendants under Louisiana law and in their official capacities under federal law be STRICKEN. Otherwise, it is recommended that the motions be DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 29th day of May, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE